AYABE, CHONG, NISHIMOTO, SIA & NAKAMURA
A Limited Liability Law Partnership

RICHARD F. NAKAMURA   1817-0
J. THOMAS WEBER          3499-0
1003 Bishop Street, Suite 2500
Honolulu, Hawaii  96813
Telephone:  808-537-6119
Telecopier:  808-526-3491

Attorneys for Defendants
MARRIOTT HOTEL SERVICES, INC.
and HPT TRS MI-135, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SUSAN WARREN and LARRY LITTLETON, <br><br> Plaintiffs, <br><br> vs. <br><br> MARRIOTT HOTEL SERVICES, INC. and HPT TRS MI-135, INC. <br><br> Defendants. <br> _____ | CIVIL NO. CV08 00217 ACK BMK <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, as follows:

1. That the Plaintiffs' First Amended Complaint against Defendants MARRIOTT HOTEL SERVICES, INC. and HPT TRS MI-135, INC. shall be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(B) of the Hawaii Rules of Civil Procedure, each party to bear their own fees and costs.

2

      2.    That all appearing parties have signed this Stipulation and that there are no remaining parties and/or issues.

      3.    That trial date is set for February 17, 2010.

DATED:  Honolulu, Hawaii; December 22, 2009.

      /s/ Lunsford D. Phillips
      LUNSFORD D. PHILLIPS
      Attorney for Plaintiffs

      /s/ Richard F. Nakamura
      RICHARD F. NAKAMURA
      J. THOMAS WEBER
      Attorneys for Defendants
      MARRIOTT HOTEL SERVICES, INC. and
      HPT TRS MI-135, INC.

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaiʻi, December 23, 2009.



                Alan C. Kay
                Sr. United States District Judge

<u>Warren v. Marriott Hotel Servs., Inc.</u>, Civ. No. 08-00217 ACK-BMK:  Stipulation for Dismissal With Prejudice of All Claims and parties

2